**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation
Zev B. Zysman (176805)
zev@zysmanlawca.com
15760 Ventura Boulevard, Suite 700
Encino, CA 91436
Telephone: (818) 783-8836

*Attorneys for Plaintiff and
the Settlement Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE FLIEGELMAN, on Behalf of Herself and All Others Similarly Situated, | Case No: 3:23-cv-00314-JES-JLB |
| Plaintiff, | **CLASS ACTION** |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| UNTUCKIT, LLC., and DOES 1 through 100, inclusive, | Date: May 13, 2024 |
| Defendants. | Time: 11:30 a.m. |
| | Ctrm: 4B |
| | Judge: Honorable James E. Simmons, Jr. |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE THAT on May 13, 2024 at 11:30 a.m. or as soon as counsel may be heard in Courtroom 4B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, Plaintiff Lynette Fliegelman will, and hereby does, move this Court to grant final approval of the Settlement in this matter.

      This Motion is being filed pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement (ECF No. 20), wherein the Court scheduled a hearing date for the Motion for Final Approval of Class Action Settlement to be heard on May 13, 2024.

      This motion will be based on the previously filed Settlement Agreement and Release (including exhibits thereto), the concurrently filed Memorandum of Points and Authorities in support thereof, the concurrently filed Declarations of Zev B. Zysman and Jacob Kamenir in support thereof, the pleadings, records and files in this action, and any additional written and oral argument as may be permitted by the Court at the time of the hearing.

Dated: April 17, 2024

**LAW OFFICES OF ZEV B. ZYSMAN**
A Professional Corporation

   /s/ Zev B. Zysman
     Zev B. Zysman

*Attorneys for Plaintiff and
the Settlement Class*